**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TPO HESS HOLDINGS, INC., *et al.*,[1] | ) | Case No. 13-11327 (KJC) |
| | ) | (Joint Administration Pending) |
| Debtors. | ) | |
| | ) | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES OF
GENERAL ELECTRIC CAPITAL CORPORATION PURSUANT TO
FED.R.BANKR.P. 2002 AND 9010 AND DEL.BANKR.L.R. 2002-1(d)**

Pursuant to Fed.R.Bankr.P. 2002(g) and (i) and 9010(b), the undersigned counsel enters an appearance for General Electric Capital Corporation ("GECC"), and requests that GECC be added to the official mailing matrix and service lists in these cases and that copies of all pleadings, motions, notices and other papers, filed or served, in these cases or any proceeding therein, be served upon the following counsel at the mailing addresses, facsimile numbers or e-mail addresses listed below:

| | |
|---|---|
| Michael C. Rupe, Esquire | Austin W. Jowers, Esquire |
| Christopher G. Boies, Esquire | KING & SPALDING LLP |
| KING & SPALDING LLP | 1180 Peachtree Street |
| 1185 Avenue of the Americas | Atlanta, GA 30309 |
| New York, NY 10036-4003 | Telephone: (404) 572-4600 |
| Telephone: (212) 556-2100 | Facsimile: (404) 572-5100 |
| Facsimile: (212) 556-2222 | ajowers@kslaw.com |
| mrupe@kslaw.com | |
| cboies@kslaw.com | |

---

[1] The debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are: TPO Hess Holdings, Inc. (8243); TPO Hess Intermediate Holdings I, Inc. (8295); TPO Hess Intermediate Holdings II, Inc. (8364); The Press of Ohio, Inc. (3273); The D.B. Hess Company (7313); DBH Associates – Ohio Limited Partnership (2683); and DBH Associates–Illinois L.P. (8880). The address of the debtors' corporate headquarters is 3765 Sunnybrook Road, Brimfield, Ohio 44240.

Kurt F. Gwynne, Esquire
Joseph M. Grieco, Esquire
Lucy Qiu, Esquire
REED SMITH LLP
1201 Market Street, Suite 1500
Wilmington, DE  19801
Telephone:  (302) 778-7500
Facsimile:  (302) 778-7575
kgwynne@reedsmith.com
jgrieco@reedsmith.com
lqiu@reedsmith.com

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, including all amendments to any of the foregoing, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Entry of Appearance and Request for Notices nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive GECC's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which GECC is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

- 3 -

Dated:  May 22, 2013
       Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By:  /s/ Kurt F. Gwynne
     Kurt F. Gwynne (No. 3951)
     1201 Market Street, Suite 1500
     Wilmington, DE  19801
     Telephone:  (302) 778-7500
     Facsimile:  (302) 778-7575
     kgwynne@reedsmith.com

Counsel to General Electric Capital Corporation