**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| TPO HESS HOLDINGS, INC., *et al.*, | |
| | Case No. 13-11327 (KJC) |
| Debtors. | |
| | Joint Administration Requested |

**NOTICE OF ENTRY OF APPEARANCE**
**AND DEMAND FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that Guggenheim Corporate Funding, as Agent for the

Second Lien Purchasers ("Guggenheim") by and through its undersigned counsel, hereby enters

its appearance pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rule

9010(b); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007

and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings

given or filed in the above-captioned cases be given and served upon the undersigned at the

following addresses and telephone/facsimile numbers:

Mary F. Caloway
Kathleen A. Murphy                          Marc B. Hankin
Buchanan Ingersoll & Rooney PC              Jenner & Block
1105 North Market Street, Suite 1900        919 Third Avenue
Wilmington, Delaware 19801                  New York, NY  10022-3908
Telephone: (302) 552-4200                   Telephone: (212) 891-1647
Facsimile: (302) 552-4295                   Facsimile: (212) 909-0864
E-mail: mary.caloway@bipc.com               E-mail: mhankin@jenner.com
E-mail: kathleen.murphy@bipc.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the

Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in

the Rules specified above but also includes, without limitation, any notice, application,

complaint, demand, motion, petition, pleading or request, whether formal or informal, written or

oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Guggenheim's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Guggenheim is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Date: May 22, 2013                    **BUCHANAN INGERSOLL & ROONEY PC**

By: /s/ *Mary F. Caloway*_____
     Mary F. Caloway (No. 3059)
     Kathleen A. Murphy (No. 5215)
     1105 North Market Street, Suite 1900
     Wilmington, Delaware 19801
     Telephone: (302) 552-4200
     Facsimile: (302) 552-4295
     E-mail: mary.caloway@bipc.com
             kathleen.murphy@bipc.com

     -and-

     Marc B. Hankin
     Jenner & Block
     919 Third Avenue
     New York, NY  10022-3908 9
     Telephone: (212) 891-1647
     Facsimile: (212) 909-0864
     E-mail: mhankin@jenner.com

     *Guggenheim Corporate Funding,*
     *as Agent for the Second Lien Purchasers*

2