IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TPO HESS HOLDINGS, INC., *et al.*,<br><br>Debtors. | Case No. 13-11327 (KJC)<br><br>Chapter 11<br><br>Joint Administration Requested |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that AGNL Hess Ohio, L.L.C. and AGNL Hess Illinois, L.L.C., as creditors and parties-in-interest (collectively, "**AGNL**"), hereby appear in the above-captioned matter by their counsel Morris, Nichols, Arsht & Tunnell LLP and Sheppard, Mullin, Richter & Hampton LLP, and request, pursuant to sections 102(1), 342 and 1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**") Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rules 2002-1, 3017-1, and 9006-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware that any and all notices given or required to be given in this case and all papers served or required to be served in this case, be delivered and served upon the following:

      **Morris, Nichols, Arsht & Tunnell LLP**
      Attn:  Eric D. Schwartz, Esq.
             William M. Alleman, Jr., Esq.
      1201 North Market Street
      16th Floor, P.O. Box 1347
      Wilmington, Delaware 19899
      Tel: (302) 351-9308
      Fax: (302) 498-6208
      E-mail:  eschwartz@mnat.com
               walleman@mnat.com

      **Sheppard, Mullin, Richter & Hampton LLP**
      Attn:  Edward H. Tillinghast, III, Esq.
             Blanka Wolfe, Esq.

Andrea L. Ravich, Esq.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 653-8700
Fax: (212) 653-8701
E-mail: etillinghast@sheppardmullin.com
bwolfe@sheppardmullin.com
aravich@sheppardmullin.com

**PLEASE TAKE FURTHER NOTICE**, that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, messenger, overnight mail (e.g., Federal Express), telephone, telegram, facsimile or otherwise, which may affect or seek to affect in any way any of AGNL's rights or interests, including without limitation, any disclosure statements and plans filed under chapter 11 of the Bankruptcy Code, and any other documents with respect to the Debtors' property or proceeds thereof in which the Debtors may claim an interest, as filed in these bankruptcy cases. *The undersigned also requests that the above referenced names and addresses be added to the mailing matrix for the Debtors in these bankruptcy cases.*

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Papers (the "**Notice**"), nor any other appearances, pleadings, proofs of claim, claims, or suits filed by AGNL shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any case, controversy or proceeding, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs or

recoupments as appropriate, in law or in equity, under any agreements, all of which right, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated:  May 22, 2013  
        Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  */s/ Eric D. Schwartz*  
Eric D. Schwartz (No. 3134)  
William M. Alleman, Jr. (No. 5449)  
1201 North Market Street  
16th Floor, P.O. Box 1347  
Wilmington, Delaware 19899  
Telephone: 302-351-9308  
Facsimile: 302-498-6208  
E-mail: eschwartz@mnat.com  
       walleman@mnat.com

-and-

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP  
Edward H. Tillinghast, III, Esq.  
Blanka Wolfe, Esq.  
Andrea L. Ravich, Esq.  
30 Rockefeller Plaza  
New York, New York  10112  
Telephone: 212-653-8700  
Facsimile: 212-653-8701  
E-mail: etillinghast@sheppardmullin.com  
       bwolfe@sheppardmullin.com  
       aravich@sheppardmullin.com

*Attorneys for AGNL Hess Ohio, L.L.C. and*  
*AGNL Hess Illinois, L.L.C.*